**TRUDI G. MANFREDO,** Bar No. 166474
Chapter 7 Trustee
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 449-9016

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| In the Matter of | Case No. 11-18566-A-7 |
| | Chapter 7 |
| HOWARD PETERSEN and SHARON PETERSEN, | TMT-2 |
| | Date: October 19, 2011 |
| | Time: 9:00 a.m. |
| Debtors. | Dept: A, Courtroom 11, Fresno |
| | The Honorable Whitney Rimel |

## TRUSTEE'S MOTION FOR AUTHORITY TO SELL
## PERSONAL PROPERTY AT PUBLIC AUCTION

The Motion for Order Authorizing Trustee to Sell Personal Property at Public Auction filed by Trudi G. Manfredo, Chapter 7 Trustee, represents:

1. Trudi G. Manfredo ("Trustee"), is the duly appointed, qualified and acting trustee in the Chapter 7 case filed by Howard Petersen and Sharon Petersen ("Debtors"). Debtors filed for relief under Chapter 7 of the Bankruptcy Code on July 28, 2011.

2. This is a core matter under 28 U.S.C. § 157 (b)(2)(A) and (N).

1

3. One of the assets of this estate is a 2008 Keystone Cougar 5th Wheel Travel Trailer, VIN 4YDF278218C501280. This trailer is subject to an encumbrance of approximately $9,000.00 in favor of Bank of the West, which will be paid from the auction proceeds, and debtor's have not claimed an exemption in the trailer.

4. Trustee believes the vehicle will sell for $15,000.00.

5. Trustee has secured this Personal Property by arranging for her auctioneer to move the Personal Property to the auction site, 1731 Art Street, Bakersfield, California.

6. The Trustee believes that selling the Personal Property at public auction will yield the best price obtainable under the circumstances of the Chapter 7 case filed by Debtor. This personal property is not the only asset of the estate.

7. The Trustee believes that the sale of Personal Property at public auction is in the best interests of the estate and its creditors because a sale by public auction would be the most efficient and economical way to sell the Personal Property in the least amount of time.

8. In order to expedite the sale of the Personal Property, the Trustee entered into an agreement with Jerry Gould of Gould Auction and Appraisal Company, to advertise and manage the auction ("Auctioneer"). According to the agreement between the Trustee and Auctioneer, the fees for professional services rendered by Auctioneer will not exceed 15% (fifteen percent) on the gross proceeds of the auction plus $350.00 in extraordinary expenses for transporting the vehicle and for necessary repairs. Auctioneer will also charge the buyer $50.00 to cover costs incurred for

transferring title with the DMV.

9. The details of the compensation to the Auctioneer will be subject to the terms and conditions set forth in the Application for Order Authorizing Employment of Auctioneer to Conduct Public Auction which is being filed concurrently herewith.

10. The public auction is currently scheduled for October 22, 2011, at 9:00 a.m. with the auction to be held at 1731 Art St., Bakersfield, California 93312.

WHEREFORE, Trustee prays as follows:

1. That Trustee's Motion for authority to Sell Personal Property at Public Auction be granted;

2. That the Trustee be authorized to sell the Personal Property at public auction on or about October 22, 2011, at 9:00 a.m. with the auction to be held at 1731 Art St. Bakersfield, California, 93312;

3. That the Trustee be authorized to pay 15% commission to Gould Auction from the proceeds received from the auction sale. Auctioneer is also authorized to charge the buyer $50.00 to cover costs incurred for transferring title with DMV. Auctioneer will not be reimbursed for any extraordinary expenses in excess of $350.00 without further court order;

4. For such other and further relief as the Court deems to be just and proper.

Dated: September 19, 2011      /s/ Trudi G. Manfredo
                               TRUDI G. MANFREDO, Trustee

3